AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*October 24, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tommy Lynn Burt | ) | Case No.  **3:25-MJ-0016** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 1, 2025 - May 31, 2025___ in the county of ___Galveston___ in the

___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422 | Coercion and Enticement |
| 18 USC § 2252A (a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached document titled, "AFFIDAVIT"

☑ Continued on the attached sheet.

*Zach Snyder*
*Complainant's signature*

Zachary Snyder, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___10/24/2025___

*Judge's signature*

City and state: ___St. Louis, Missouri___

United States Magistrate Judge Andrew M. Edison
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Tommy Lynn Burt | § | Case No. ___**3:25-MJ-0016**___ |

<u>**AFFIDAVIT IN SUPPORT OF APPLICATION**</u>

I, Zachary Snyder, being duly sworn, deposes and states:

1.    I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since April of 2021. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the Texas City Resident Agency and investigate crimes involving the federal violations concerning child pornography, sexual exploitation of children, kidnapping, and human trafficking. Prior to this assignment, I was assigned to the FBI Houston Field Office Counterterrorism Branch where I investigated violations concerning members and affiliates of Designated Terrorist Organizations (DTOs) and threats to national security. I have participated in cases involving child pornography and the sexual exploitation of children.

2.    I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256.

3.    This Affidavit is made in support of a criminal complaint charging Tommy Lynn Burt with violating Title 18, United States Code, Section 2422 (coercion and enticement) and Title

18, United States Code, Section 2252A(a)(5)(B) (receipt of child pornography). I am familiar with the information contained in this Affidavit based upon the investigation conducted by federal agents and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

4.    Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of violations of Title 18, United States Code, Section 2422 (coercion and enticement) and Title 18, United States Code, Section 2252A(a)(5)(B) (receipt of child pornography), have been committed by Tommy Lynn Burt on or about April through May of 2025. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5.    In June of 2025, the Hartselle Police Department in Hartselle, Alabama, received a report from Minor Victim 1's ("MV1")[1] mother, who stated she located concerning images of MV1 in MV1's iCloud account. When MV1's mother questioned MV1 regarding the images, MV1 disclosed that she came in contact online with an adult male who directed MV1 to take explicit pictures of herself. MV1 participated in a child forensic interview. During her interview, MV1 said she had a profile on the website teen-chat.org. MV1's public profile listed her true age, clearly demonstrating she was a minor. While on the website, MV1 received a message from an unknown individual (later identified as Defendant Tommy Lynn Burt) in approximately April or May 2025, who initially claimed

---

[1] The identity of Minor Victim 1 and her mother are known to me. MV1 is a minor under 16 years of age.

he was fifteen years old. The Defendant asked MV1 to participate in a video chat and subsequently sent a Whereby[2] link for MV1 to click on.

7.    Once MV1 entered the video chat, the Defendant told MV1 that he had her IP address and location and threatened MV1 to send people to get her if MV1 did not get undressed on video as he directed. This coercion occurred on three or four separate occasions; with the Defendant threatening MV1 by saying he would send people to go get MV1 if she did not do what he said. MV1 disclosed the Defendant directed her to get naked during the video calls, which MV1 did. During the calls, MV1's naked body was fully displayed on the video call for the Defendant to see. During subsequent conversations, the Defendant told MV1 he was 36 years old and was from Texas.

8.    Based on information gleaned from MV1's forensic interview, Hartselle PD subpoenaed teen-chat.org, who provided the account username of the Defendant as "tomb33", Internet protocol (IP) address 50.220.202.66 and email address tomtex618@gmail.com. Teen-chat.org also disclosed that "tomb33" had been banned from the platform for inappropriate conduct and perverted comments.

9.    Hartselle PD subpoenaed Google for Gmail address tomtex618@gmail.com, which revealed login IP addresses, including 50.220.202.66, and additional linked Gmail accounts, one of which was tommyburt09@gmail.com. Hartselle PD then executed a search warrant for multiple Gmail accounts hosted by Google and subsequently analyzed the returns. Hartselle PD's review of the accounts identified apparent child sexual abuse material (CSAM) located within the Google account(s).

10.    Payment information returned by Google for Gmail address tommyburt09@gmail.com

---

[2] Whereby is an online video conferencing service based in Norway.

contained the names Tommy Burt and Stephanie Burt, with an address in the Southern District of Texas. Hartselle PD utilized investigative data aggregation services for Stephanie and Tommy Burt, which provided several addresses in an apartment complex located in Galveston, Texas. According to the Defendant's Texas driver's license, he currently resides at 602 Sea Wolf Parkway, Apartment 812, Galveston, TX 77554.

11.    An FBI review of Google returns associated with the Gmail account tommyburt09@gmail.com identified a recovery cell phone number which ended in 9807[3] and login IP address 50.220.202.66. Google also maintained Android device configuration profiles linked to the account. One device was an Android Samsung cell phone, possessing International Mobile Equipment Identity (IMEI) number 354231114315909[4] model number "SM-A215U". A second Android Samsung cell phone, possessing IMEI number 352892772560755, model number "SM-S936U" was also associated with the Google account.

12.    Google also provided the cell phone number ending in 9807 as being associated with the billing information maintained in the Google Pay account under the name "Tommy Burt". The FBI delivered a subpoena to T-Mobile, requesting subscriber information of telephone number 9807. In September 2025, T-Mobile provided the subscriber as "Burt", with a service and billing address of 602 Sea Wolf Parkway. The Defendant's cell phone number ending in 9807 was listed as active and had been in service since June 2019.

13.    T-Mobile's records also showed two device IMEI numbers linked to the Defendant's T-Mobile account. One number was 35423111431590, which matched the device

---

[3] Google provided the entire cell phone number and it is known to me.
[4] IMEI numbers are fifteen-digit identification numbers unique to a device. IMEI numbers are used by carriers to identify a device on a mobile network. The first fourteen digits reveal the device's type allocation code and portion of the devices serial number, with the final number being a check digit, which can change based on the provider or use.

information associated with the Defendant's tommyburt09@gmail.com account. The second IMEI associated with the Defendant's T-Mobile account was 35289277256075, which matched the second device associated with the Defendant's tommyburt09@gmail.com account.

14.    An open-source query of device IMEI 352892772560755 indicated the device was a Samsung S25+. A query of IMEI 354231114315909 indicated the device was a Samsung Galaxy A21.

15.    Hartselle PD subpoenaed Comcast for subscriber information related to IP address 50.220.202.66, which returned the subscriber as "University Apartments Galveston" ("the apartment complex"), located at 602 Sea Wolf Parkway, Galveston, Texas 77554, the same apartment complex as 602 Sea Wolf Parkway.

16.    The FBI interviewed the manager of the apartment complex, who stated that residents have Wi-Fi services built into their rent. Residents connect to connection spots which are in each residential building. Residents do not have their own accounts with internet service providers. The FBI also interviewed the IT manager for the apartment complex. The IT manager stated the apartment complex's public facing IP address was 50.220.202.66. The apartment complex has approximately 16 subnets, and each residential building has their own Wi-Fi connection points. The apartment complex can determine which devices are connected to the network based on Media Access Control (MAC)[5] addresses.

17.    On September 15, 2025, the IT manager determined there was a device connected to the apartment complex's Wi-Fi named "Tom-s-S25 57:d5" from Building 8. Based on the

---

[5] A MAC (Media Access Control) address is a unique, 12-digit hexadecimal identifier hardwired into a network device's hardware, like a printer or smartphone. It functions as a unique "name tag" for a device, enabling local network communication and identification. Think of it like a device's serial number, different from a changing IP address, and is used by your router to identify and communicate with your specific device within the local network.

Defendant living in apartment 812, his first name of Tommy, and IMEI numbers provided by T-Mobile and Google correlating to an Samsung S25 device, I believe the device "Tom-s-S25 57:d5" connected to the apartment complex's Wi-Fi is a device utilized by the Defendant.

18. In September of 2025, the FBI reviewed the Google search warrant returns attained by Hartselle PD and identified apparent CSAM within them. Within the Google Photos associated with tommyburt09@gmail.com, the FBI identified a video, five minutes and 45 seconds in length. In the video, a female appearing to be minor aged, is lying on what appears to be a bed with her back against the wall. The minor female is naked, with her legs spread open while a camera is focally pointed at the minor's vagina. The minor uses her fingers to rub and penetrate her vagina. Throughout the video, the minor's face, breasts and vagina are visible to the camera.

19. The FBI identified a Google Hangout[6] conversation which took place between tommyburt09@gmail.com ("tommyburt09") and  another Gmail user known to law enforcement (Minor Victim 2 or MV2) from September 26, 2020 and May 20, 2021. Throughout the conversation, tommyburt09 explained in detail the sexual acts he would like to perform on MV2, and the acts tommyburt09 would like MV2 to perform on him. Video calls were also exchanged between the two, which indicated tommyburt09 masturbated and ejaculated on camera. On October 1, 2020, tommyburt09 asked MV2 "Can you rub pussy tho". In response, MV2 sent a picture of a vagina. Tommyburt09 devised a plan for the two to meet and have sexual encounters in person. Tommyburt09 suggested he could say MV2 is his daughter or niece to avoid suspicion of why the two are

---

[6] Google Hangouts was a product discontinued by Google in approximately 2022. Google Hangouts combined instant messaging, video and voice calling in a single platform.

together, since tommyburt09 said he was 35 years old. Tommyburt09 also asks detailed questions about MV2's dog, and whether she would allow the dog to lick peanut butter off her vagina so she could get used to feeling herself get licked before tommyburt09 was able to do it himself. Tommyburt09 provided instructions to MV2 on how to "finger" herself to prepare herself for him, by using the handle of a hairbrush, and requested to have anal sex with MV2. Based on previous photos sent by MV2, along with messages exchanged during the conversation, I believe MV2 is a minor female.

20.    The FBI's review also identified several other conversations with tommyburt09 with who the FBI believes are minor female children. The conversations generally followed a pattern of tommyburt09 issuing threats to the minors pertaining to the selling of the minor's pictures, videos, or locations onto "bidding" websites, if the minor did not send or continue to send tommyburt09 nude pictures of themselves, or allow video call tommyburt09 so he could ejaculate on camera in front of them. Screenshots of female's locations from Snapchat's "Snap Map" showing their locations were observed in the Gmail accounts. I believe this is one of the ways BURT was able to identify the general location of where the minors were when he would threaten them. An example of such a threat was on April 8, 2021, when whom I believe to be a minor victim asked tommyburt09 what he would post about her. Tommyburt09 replied "Your address pics and that you want to be in a sex movie with someone older and u got perfect lips for sucking a cock dry."

21.    In June of 2025, the National Center for Missing and Exploited Children (NCMEC) received a Cyber Tipline report from Discord. Discord filed the Cyber Tip report, as it appeared Discord Username "textom223334" was conversing with a child on or about June 8, 2025, in an inappropriate manner. The following is an excerpt of the conversation

provided by Discord:

TEXTOM223334: Can u be on between 10 and 11 tomorrow morning

Minor Victim 3 or MV3[7]: fuck no i have school

MV3: im 13 remember?

TEXTOM223334: Ah okay, how about after 4, we'll in usa they dont have school in summer

TEXTOM223334: 4 pm work tomorrow

MV3: ok, tomorrow and the next day are the days i  have?

TEXTOM223334: That way u can stop bleeding, im sure u virgin

22.   The remainder of the conversation appeared to indicate "textom223334" was coercing MV3 to perform sexual acts for "textom223334" on video calls against MV3's will.  The user of "textom223334" asked "U think u can handle having a Texas daddy" to which MV3 replied "no" and "i dont like older guys . . . i like guys my age, and preferably, not pedos". Based on the conversation, it appears "textom223334" was making MV3 penetrate her vagina on camera. When asked if MV3 was still in her bedroom, MV3 replied "yes . . . im fuckinc crying though cause of you". A few messages later, "textom223334" said "U can cry still on cam but still have to call me daddy".

23.   Discord provided the suspect user information associated with the "textom223334" Discord account as tommyburt09@gmail.com, and an IP address of 50.220.202.66.

24.   Based on the Cyber Tipline report submitted by Discord, I believe the Defendant is likely the user of "textom223334". I believe this based upon the email address and IP address associated with the account, and the conversation excerpt provided by Discord which aligns with the statements made by MV1 in her forensic interview. I believe MV3 is an additional

---

[7] The username is known to FBI and I believe the user to be a minor female based on the content and context of the conversations.

minor victim.

25.    In February of 2025, Snapchat received a report from a Snapchat user with a self-stated birthday in November 2010, which would make the user approximately 14 years old. The user reported to Snapchat that user "tomtex22" had "hacked into my up address and said that has put me up for bidding."

26.    In February of 2025, Snapchat generated a Cyber Tipline report based on the apparent minor user's complaint. Snapchat provided user "tomtex22" was associated with email address tommyburt09@gmail.com, and a user entered birthday of July 13, 1971. According to the Defendant's Texas driver's license, his date of birth is July 13, 1971. Snapchat provided an excerpt of a Snapchat conversation between "tomtex22" and the apparent minor user (hereafter Minor Victim 4 or MV4) on or about February 8, 2025:

TOMTEX22: Open legs like I said

MV4: We don't

MV4: We done I mean

TOMTEX22: Yes and I'll message u tonight around 1030

MV4: Ok

MV4: After tonight are we done

MV4: Pls

TOMTEX22: After Sunday over then I delete everything

MV4: Fine

27.    In September of 2025, Snap, Inc. provided subscriber records for username "tomtex22". According to Snap, username "tomtex22" was created in August 2020 and associated with email address tommyburt09@gmail.com, with a display name of "Tom Burt". Snap also provided Snapchat username "tomb81" was associated with Burt's cell phone number ending in 9807, and email address tomtex334@gmail.com.

28.    Based on my review of MV1's forensic interview, Cyber Tipline reports from Discord and Snapchat, Google search warrant returns, as well as my training and experience, I believe

the Defendant created numerous fictitious accounts to pose as a minor online in an attempt to solicit and then extort minor victims online for his sexual gratification.

29. The Defendant was previously convicted in 2007 of Obscene Wholesale Promotion by the State of Texas.

30. On October 24, 2025, a federal search warrant was executed at the Defendant's residence located at 602 Seawolf Parkway, Apartment 812, within the Southern District of Texas. FBI agents located hundreds of photos and videos depicting child pornography on the Defendant's digital devices, including on his phone and computer. The Defendant provided a voluntary, mirandized and recorded interview during the execution of the warrant and admitted to coercing and enticing minors to send child pornography over the internet beginning as early as 2020 and continuing through approximately 5 months ago (May of 2025). He advised that he threatened the children in different ways to force them to produce child pornography. These threats included threats to sell their private information on the dark web. He also admitted to saving the produced child pornography. He also admitted to being the user of the tommyburt09@gmail.com account.

31. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Tommy Lynn Burt with violations of Title 18, United States Code, Section 2422 (coercion and enticement) and Title 18, United States Code, Section 2252A(a)(5)(B) (receipt of child pornography).

_Zach Snyder_
_____
Zachary Snyder
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this __ day of October 2025, and I find probable cause.

_____
The Honorable Andrew M. Edison
UNITED STATES MAGISTRATE JUDGE